AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

U.S. Securities and Exchange Commission

V.

Gary L. Lenz

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   04CV2002-JAH(RBB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant Gary L. Lenz shall pay $110,000 in two installments according to the following schedule: (1) $60,000 within 15 days of entry of the Final Judgment and (2) $50,000 within 360 days of entry of this Final Judgment plus post-judgment interest pursuant to 28 USC 1961.

| October 21, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/J. Petersen |
| | (By) Deputy Clerk |
| | ENTERED ON October 21, 2008 |

04CV2002-JAH(RBB)