# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br>v.<br>PETER J. O'BRIEN, *et al.*,<br>                      Defendants. | Case No. 4cv2002- JAH (WVG)<br><br>**ORDER GRANTING MOTION FOR DISBURSEMENT OF FUNDS IN THE COURT'S REGISTRY** |

On March 13, 2020, Plaintiff Securities and Exchange Commission ("SEC") filed a Motion for Disbursement of Funds paid to the Clerk of Court by Defendant Peter J. O'Brien, which are currently deposited in the Court's Registry ("CRIS"). Upon consideration of the motion, pursuant to Local Rule 67.1(d), Plaintiff's motion is **GRANTED**.

IT IS HEREBY ORDERED:

1. The Clerk of the Court shall disburse to the SEC all funds paid to the Clerk of Court by Defendant Peter J. O'Brien that are presently being held in the CRIS, together with all interest accrued thereon, by issuing a check payable

to the "United States Securities and Exchange Commission" and mail the check to the following address: Enterprise Services Center, Accounts Receivable Branch, 6500 South MacArthur Boulevard, Oklahoma City, Oklahoma 73169.

2. Upon receipt of such funds, the SEC shall remit the funds to the United States Treasury.

**IT IS SO ORDERED.**

DATED: March 13, 2020

_____
Hon. John A. Houston
United States District Judge